**FILED**

**Michael McCormick JR**
Name

**FEB 06 2023**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Prison Number
**21361-032**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001, Atwater, Ca 95301**
Address or Place of Confinement

Note: If represented by an attorney, write attorney's name, address & telephone number

---

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

---

**Michael McCormick JR**
Full Name (First, Middle, Last)

CASE NO. **1:23-cv-176 EPG (HC)**
(to be supplied by the Clerk of the
United States District Court)

Petitioner,

vs.

**MR trate Warden**
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

**PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY**

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. ✓ __ other **Jail Credit**

**CAUTION:** If you are attacking a federal conviction,
sentence or judgment, you must
first file a direct appeal or motion under
28 U.S.C. § 2255 in the federal court which
entered judgment.

**RECEIVED**

FEB 03 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(1)  Place of detention: *Eastern District of Kentucky*

(2)  Name and location of court which imposed sentence: *Eastern District of Kentucky Judge - VAN-TATENHOVE*

(3)  Offense(s) and indictment number(s) (if known) for the sentence imposed: *6:16-CR-056-S-GFVT-0 (21 § 846- Conspiracy to Distribute 500g or more of Schedule II Controlled Substance*

(4)  The date the sentence was imposed and the terms of the sentence: *12-13-2021 to one Hundred Eight-Eight months (188 months)*

(5)  What was your plea (check one):    Not guilty ( )    Guilty (✓)    Nolo contendere ( )

(6)  Kind of trial (check one):    Jury ( )    Judge only ( )

(7)  Did you appeal from the judgment of conviction or the imposition of sentence:    Yes ( )    No (✓)

(8)  If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: _____ N/A _____
Grounds raised (list each):
   1)  _____
   2)  _____

Result/Date of result: _____

SECOND APPEAL:
Name of court: _____ N/A _____
Grounds raised (list each):
   1)  _____
   2)  _____

Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9)  State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner.  Summarize *briefly* the *facts* supporting each ground

CAUTION:    If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→  GROUND ONE *V Amendment Due Process*

Due-Process rights were violated -fourteenth Amendment

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:**    You must state *facts, not conclusions*, in support of your grounds.  A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

was Sentenced in the State to 8 years And 15 years for Bail Jumping. total of 23 years in the State — I was Doing this time when the feds inDicted me, I Got 188 months in the (BOP) the 8 years was to run Concurrently with the 188, Fed's

→    GROUND TWO    N/A    See, Supporting facts :
                          See : Attach pages

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

_____

_____

_____

_____

_____

## ADMINISTRATIVE APPEALS

(10)    Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

    Yes ( ✓ )    No ( · )    If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL    Level of appeal: BP-8
Grounds raised (list each):
    1)  JAil, Credit, Sentence not Right
    2)  "        "          "
Result/Date of result: No resolution 3-16-2022, unit team 1-19-2022

SECOND ADMINISTRATIVE APPEAL    Level of appeal: BP-9
Grounds raised (list each):
    1)  JAil Credit \ Sentence not Right
    2)
Result/Date of result Lost when trANSferred

_____

THIRD ADMINISTRATIVE APPEAL    Level of appeal: BP-10
Grounds raised (list each):

1) _JAil Credit, Sentence not Right_
2) 
Result/Date of result: _NO resolution Lost When transferred_

FOURTH ADMINISTRATIVE APPEAL        Level of appeal: _BP-11._
Grounds raised (list each):
1) _JAil Credit And Good time_
2) 
Result/Date of re _1116260-A1. 18 Denied oN Sep 7-2022_

(11)    Is the grievance process completed?    Yes (l)        No ( )

## PREVIOUS PETITIONS

(12)    Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )        No (l)

(13)    If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION        N/A
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
1) _____
2) _____
Result/Date of result:_____

SECOND PREVIOUS PETITION        N/A
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
1) _____
2) _____
Result/Date of result:_____

(14)    If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.

_____
_____
_____
_____
_____
_____

(15)    Are you presently represented by counsel?

Yes ( )          No ( ✓ )

If so, provide your attorney's name, address, and telephone number:

_Michael McCormick Under Pro-Se_

(16)  If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes ( ✓ )          No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____                    _Michael McCormick_
(Date)                                      (Signature of Petitioner)

_____
(Signature of Attorney, if any)

## Supporing facts                                                        1

Defendant, michael, mccormick under Pro-Se asserts-
that due to a Simple clerical error in the record that —
was made by both the BoP and the Court's the —
Defendant was wrongfully denied full time credit of —
10 months and the (Gct) Good credit time for the —
198 month Sentence. thus mR, mccormick requests that —
this court correct this clerical error without further —
Delay. federal court's Disposition. federal Sentence—
Shall run concurrently with the remainder of the related —
undischarged term of imprisonment In Laurel Circuit DKt.
16-cr-101. Bop has the authority to calculate time —
Served credit According to 18 U.S.C. § 3585(b) A —
Defendant shall be given credit for time Served. —
the Supreme court has held that the responsibility for—
for determining Sentence-credit Awards lies with the —
Attorney General. (Bop) Prior to calculating an Inmates —
Sentence, DSCC Staff will carefully analyze the J&C —
to ensure it is in accordance with Applicable Statutes —
CASE LAW and the U.S. Sentencing Guidelines (561.3 —
See: walker V. Rivera & wood V. Shartel 2016 us Dist
18 USC § 3585(b) calculation of a term of Imprison—
men.

Supporing facts                                    2

mccormick, Got sentenced in the state to, 8 years for traff— icing, then, Got 15, years for Bail jumping so that — is a total, of 23, years, I was Doing my state time when the — the fed's indited me I Got A 188 months in the B.o.P. thay (See: sentence computaion) the 8 years with my fed time — But Not the 15, years, that was running consecutively, when — Getting to the B.o.P. thay did not Know how to run my time — B.o.P called Kentucky's D.o.C. thay told them that this — is one sentence so the B.o.P Don't Know How to credit — my sentence and my Good time, my Judge (VAN-tatenHove) — step in and tryed to fix it, I Got some credit but Not all — of it I was locked up since Nov 2016 to June 2021 in the — state (See: Dk No: 443) which is 56 month's, the federal — Judge (VAN-tatenHove) said to run the 8 years with my — federal time, it takes roughly 60 months to Kill a 8 year — sentence in my state, So I should get the whole 56 month's — the federal Judge (VAN-tatenHove) Gave me 46 months off my 188 month's to make it 142 month's, that makes, about 10-months Not counted for, the court provided me with credit for time — Previously served (See: Doc)

## Supporting Facts                                    3

The term Jail Credit is the term used in Sentence computation Report to time spent IN custody that is Credited toward the Sentence. See: program Statement § 5160.05 there are three ways that AN individual in custody CAN accrue federal Jail Credit.

1.) credit for time spent in custody while actually serving a federal Sentence.

2.) credit for prior custody under 18 U.S.C. § 3585 (b)

3.) credit for time spent in NON-federal Pre-Sentence custody. Fed, fed-R crim 36. clerical Error a District court may correct a clerical error IN A Judgment At any time. See: peterskin V. warden - winston V. warden, U.S V. Loverson. May 14 2021 6th cir) matlock V. sproul Dec 6 2022 6th cir Credit for prior custody. A Defendant Shall be given credit toward the Service of a term of imprisonment for any time he has spent in official Detention prior to the Date the Sentence commences,

a.) As a result of the offense for which the Sentence was imposed
b.) As a result of Any other charge for which the defendant was Arrested after the commission of the offense for which the Sentence was imposed; that has Not been credited Against Another, Sentence. the court shall adjust the Sentence for Any period of imprisonment Al-ready Served on the undischarged term of Imprisonment.

# Supporing Facts                                    4

IF the court determines that such period of imprisonmet will — not be credit to the federal Sentence by the B.O.P. the — Sentence for the instant offense Shall be imposed to RUN — concurrently to the remainder of the undischarged term of Imprisonment.

Good time and earned time credits result in real time deducted from a prisoner's Sentence and Are gained by maintaining Good behavior. During incarceration. the BoP. — currently calculates Good time so that prisoners receive up to— 54 Day off their sentence per year for Good conduct. this- under the first step Act. Iam asking for my Good time — under my sentence of 188 months..

Due-process the constitution fifth and fourteenth  — amendment. the Government Attempts to deprive you of Your liberty.


See: Exhibit 9

## Asking the court for relief

MR. McCormick, is Asking the said court, to fix the federal sentence of 10 months and Earned Good time credit I am challenging calculation, of my sentence Asking the said court to grant this 28 U.S.C. § 2241

## Certificat of Service

I, MR. McCormick under, pro-se Declare under penalty of perjury that the foregoing is true and correct and that this motion under 28 U.S.C. § 2241 was placed in the prison mailing system

TO: Clerk of Court
U.S. Dist. Court
2500 Tular st
Room 1501
Fresno CA 93721

michael, mccormick
21361-032

Date

·L 1330.13e

April 16, 2008
Attachment A

eau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates
mpt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards
rmally resolving your grievance.

| nmate Name | Michael McCormick | Register Number | 21361-037 |

. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint
occurred. (If related to UDC appeal, specify relevant section of Inmate Discipline Policy)

My Sentence caculation isn't correct My Full term date is 3-25-2033 I was Sentenced to 188
~~onths~~ I been doing this Sentence Since 11-30-2016 188 added to 11-30-2016
is not 3-25-2033 it Should be like July of 2032 also I havent recived any good time
from 2016 to now.

!. Briefly state the action you request to resolve your complaint.

I would like to get credit for all the time Ive done Since 2016 and also
recive My goodtime for it also

!. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

I wrote records telling them they said I had to go throuh the Remdy process

!. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

| TO BE COMPLETED BY STAFF | Date Received by Counselor for Response | |

5. Summary of investigation (place response on this form):

5. What actions were taken to resolve this matter informally (place response on this form):

7. Explain reasons for no resolution (place response on this form):

te & Time Issued BP-8 3-16-2022 3:00 pm          Unit Team Member: _____
te & Time Inmate Returned BP-8 3-17-2022 148pm    Unit Team Member: _____
te & Time Investigation on BP-8 Completed and BP-9 BP229(13) issued: _____

it Manager/Camp Administrator Signature: _____

_____ (date), this issue was informally resolved.

_____          _____
nate Signature                    8          Date

istribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing.
              (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden=s Office

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: McCormick Michael S      21361-032      B2      USP Pollock
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** My sentence calculation is wrong I was originally sentenced to 58 months they took off almost 23 months to account for time served up to my sentencing which got me 165 months 15 days I've been locked up since Nov 2016 My Full term Date is March 2033 165 months added to my sentence Date Sept. 2018 is not March 2033 it should be like June or Aug 2032 I was in State custody from Nov 2016 to May 2021 My Judge run 16-CR-00101 8 years Concurrent with my Federal sentence which takes Roughly 60 months to complete I was in the state 54 months I was doing the 8 years the whole time since I caught that charge 1st Before anything else So I should get credit for the whole 54 months since it takes roughly 60 months to complete the 8 years My Judge tryed to fix it once I come into the Feds but he only give me 45 or 46 months instead of the whole 54

7-25-22
DATE

_Michael McCormick_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

AUG 03 2022

Administrative Remedy Section
Federal Bureau of Prisons

---

_____         GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1116260A1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT:_____

_____         _____
DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

POL1330.13
January 19, 2001
Attachment C

**UNITED STATES PENITENTIARY**
**POLLOCK, LOUISIANA**
**PART B - RESPONSE TO REQUEST FOR INFORMAL RESOLUTION ATTEMPT**

**I/M MCCORMICK, MICHAEL REG #:21361-032**
**SUBJECT: JAIL CREDIT**

This is in response to your informal resolution attempt dated 03-17-2022.
In this informal resolution attempt, you indicated that you should be receiving credit for
your jail time served. Due to the nature of your request it cannot be answered at this level.
You need to address this issue with DSCC which is the appropriate office to correct the
inaccuracies. The address for DSCC is as follows:

Designation and Sentence Computation Center
Grand Prairie Office Complex
U.S. Armed Forces Reserve Complex
344 Marine Forces Drive
Grand Prairie, TX 75051

If you are not satisfied with this decision, you may appeal to the Warden on an
Administrative Remedy Form BP-229.

_S. Holmes_ CCC                     3-17-2022
S. Holmes, Correctional Counselor                     Date

**Administrative Remedy No. 1116260-A1**
**Part B – Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you request credit for the 54-months served on your state sentence, in Case Number 16-CR-00101.

A review of your file revealed you were arrested on January 16, 2016, in London, Kentucky, for Trafficking in a Controlled Substance, in Case Number 16-CR-00101. On February 1, 2016, you were released on bond. On November 29, 2016, you were arrested in London, Kentucky, for Possession of Drug Paraphernalia, Convicted Felon in Possession of a Firearm, and Trafficking in a Controlled Substance, in Case Number 16-F-00949. On December 16, 2016, you were indicted in Laurel County Circuit Court in Case Number 16-CR-00345. On December 19, 2016, you were sentenced in Laurel County Circuit Court, to an 8-year term of imprisonment, in Case Number 16-CR-00101.

On January 11, 2017, you were "borrowed" from state authorities pursuant to a federal writ of habeas corpus ad prosequendum. On February 17, 2017, your charges in Laurel County District Court Case Number 16-F-00949, were dismissed. On May 2, 2017, you were sentenced in Laurel County Circuit Court, to a 15-year term of imprisonment for Bail Jumping and Persistent Felony Offender, in Case Number 16-CR-00345. This term was ordered to run consecutively to Case Number 16-CR-00101. According to documentation received by the Kentucky Department of Corrections, you received credit toward your aggregated 23-year term, for January 16, 2016 through February 1, 2016, and November 30, 2016 through December 18, 2016.

On September 18, 2018, you were sentenced in the United States District Court, Eastern District of Kentucky, to a 188-month term of imprisonment for Conspiracy to Distribute 500 Grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in Case Number 6:16-CR-56-S-GFVT-01. Pursuant to USSG § 5G1.3(b), it is within the Court's authority to adjust a sentence to account for time a defendant has served on an undischarged term of imprisonment. At sentencing, the Court adjusted your 188-month term of imprisonment, to a term of 165-months and 15-days, to account for the time served in your related undischarged term, in Case Number 16-CR-00101. The Court further ordered your federal sentence to run concurrently with your undischarged term of imprisonment in Laurel Circuit Court Case Number 16-CR-00101 and consecutively your state term

**Administrative Remedy No. 1116260-A1**
**Part B – Response**
**Page 2**

in Laurel Circuit Court Case Number 16-CR-00345.  On
September 20, 2018, because you were in the primary custody of
the State of Kentucky, you were returned to state authorities
with the federal Judgment filed as a detainer.

On May 26, 2021, you paroled from your state obligation and
entered exclusive federal custody.  On December 13, 2021, the
sentencing court filed an order to amend your sentence in the
United States District Court, Eastern District of Kentucky, Case
Number 6:16-CR-56-S-GFVT-01.  The Court further adjusted your
188-month term of imprisonment pursuant to USSG § 5G1.3(b), to a
term of 142-months, to account for time served in related state
Case Number 16-CR-00101.  The Court stated this adjustment was
for the period of imprisonment which would not be credited by
Bureau of Prisons.  The Court originally ordered your federal
term to run concurrently with your state term in Case Number 16-
CR-00101, however, this language was removed during the
amendment of your Judgment.  Accordingly, your sentence has been
computed as a 142-month term of imprisonment, beginning
May 26, 2021, the date you paroled from your state sentence(s).

Program Statement 5880.28, Sentence Computation Manual (CCCA of
1984), and 18 U.S.C. § 3585(b), preclude the application of
credit for time that has been credited against another sentence.
In your case, the 54-months of credit you are requesting, is
time spent in service of your state sentence, therefore, you are
not entitled to this time as jail credit on your federal
sentence.

In accordance with Title 18 U.S.C. § 3585(a), states "A sentence
to a term of imprisonment commences on the date the defendant is
received in custody awaiting transportation to the official
detention facility which the sentence is to be served."  As a
result, your federal sentence commenced May 26, 2021, the date
you entered exclusive federal custody.

Your sentence has been computed as directed by federal statute,
the intent of the Court, and Bureau of Prisons Program Statement
5880.28, Sentence Computation Manual (CCCA of 1984).

Accordingly, your request is denied.

**Administrative Remedy No. 1116260-A1**
**Part B - Response**
**Page 3**


08-25-2022
Date

*A. Connors*
Ian Connors, Administrator
National Inmate Appeals

REGNO..: 21361-032 NAME: MCCORMICK, MICHAEL SHANE JR


FBI NO..........: 15926NC3          DATE OF BIRTH: 01-19-1984  AGE:  38
ARS1............: ATW/A-DES
UNIT............: 2B-RU          QUARTERS.....: B27-208L
DETAINERS.......: NO          NOTIFICATIONS: YES

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-01-2031

THE INMATE IS PROJECTED FOR RELEASE: 08-01-2031 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: KENTUCKY, EASTERN DISTRICT
DOCKET NUMBER...................: 6:16-CR-056-S-GFVT-0
JUDGE...........................: VAN TATENHOVE
DATE SENTENCED/PROBATION IMPOSED: 09-18-2018
DATE COMMITTED..................: 06-15-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO     AMOUNT:  $00.00

 REMARKS.......: COMPLETE DKT# 6:16-CR-056-S-GFVT-01

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE 500G OR MORE OF A MIXTURE OR
         SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METH, A SCHEDULE
         II CONTROLLED SUBSTANCE


SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:  165 MONTHS     15 DAYS
TERM OF SUPERVISION............:    5 YEARS
NEW SENTENCE IMPOSED...........:  142 MONTHS
BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE



G0002          MORE PAGES TO FOLLOW . . .

```
ATWHD   546*23   *     SENTENCE MONITORING         *
PAGE 002          *     COMPUTATION DATA            *    10:26:58
                        AS OF 12-15-2022
```

REGNO..: 21361-032 NAME: MCCORMICK, MICHAEL SHANE JR


DATE OF OFFENSE................: 11-30-2016

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-12-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-15-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN.........: 05-26-2021
TOTAL TERM IN EFFECT...........:  142 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   11 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 11-30-2016
```

```
JAIL CREDIT....................:   FROM DATE     THRU DATE
                                   08-03-2015    08-10-2015
```

```
TOTAL PRIOR CREDIT TIME.........: 8
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 594
TOTAL GCT EARNED................: 10
STATUTORY RELEASE DATE PROJECTED: 08-01-2031
ELDERLY OFFENDER TWO THIRDS DATE: 04-07-2029
EXPIRATION FULL TERM DATE.......: 03-17-2033
TIME SERVED....................:    1 YEARS       6         28   S
PERCENTAGE OF FULL TERM SERVED..:  13.3
PERCENT OF STATUTORY TERM SERVED:  15.4
```

```
PROJECTED SATISFACTION DATE.....: 08-01-2031
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
REMARKS........: DCB IS DATE INMATE PAROLED FROM STATE SENTENCE INTO EXCLUSIVE
                 FEDERAL CUSTODY. 7-20-2021 AUDITED WITH FULL FED SENT RUNNING
                 CS TO FULL STATE SENT, NOT POSSIBLE TO RUN THE WAY J&C WORDED,
                 TRYING TO CLARIFY W/COURT IF INTENT FOR ALL CS OR ALL CC.
                 8-12-21 DGCT C/REH. 01-13-22 RCVD AJC 165M & 15D REDUCE TO
                 142M C/CJM. 05-12-22 DGCT C/CJM. 08-12-22 UPDT JAIL CREDIT
                 C/CJM
```



G0002       MORE PAGES TO FOLLOW . . .

Case 1:23-cv-00176-EPG    Document 1    Filed 02/06/23    Page 19 of 24
Case: 6:16-cr-00056-GFVT-HAI    Doc #: 483    Filed: 01/03/22    Page: 1 of 7 - Page ID#:
1833

AO 245C (Rev. 09/19)  Amended Judgment in a Criminal Case          (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Southern Division at London

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. ) | |
| ) | |
| Michael Shane McCormick, Jr. ) | |
| ) | |
| ) | Case Number:    *6:16-CR-056-S-GFVT-01 |
| Date of Original Judgment:    September 19, 2018 ) | USM Number:    21361-032 |
| *(Or Date of Last Amended Judgment)* ) | Robert L. Abell |
| | Defendant's Attorney |

Eastern District of Kentucky
**F I L E D**

**THE DEFENDANT:**

☐ pleaded guilty to count(s)  1 [DE #1]

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

JAN 0 3 2022

☐ was found guilty on count(s) _____
after a plea of not guilty.

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance | November 30, 2016 | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  2 [DE #1] and THE Superseding Indictment [DE #91]    ☐ is    ☒ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 13, 2021
Date of Imposition of Judgment

NOTICE HEREBY GIVEN OF THE
ENTRY OF THIS ORDER OR JUDGMENT
ON ___1-4-2022___
ROBERT R. CARR, CLERK
BY _____ DC

Signature of Judge

Honorable Gregory F. Van Tatenhove, U.S. District Judge
Name and Title of Judge

1-3-2022
Date

Case 1:23-cv-00176-EPG   Document 1   Filed 02/06/23   Page 20 of 24
Case: 6:16-cr-00056-GFVT-HAI   Doc #: 483   Filed: 01/03/22   Page: 2 of 7 - Page ID#:
1834

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
            Sheet 2 - Imprisonment
                                     (NOTE: Identify Changes with Asterisks (*))

Judgment — Page   2   of   7  

DEFENDANT:     Michael Shane McCormick, Jr.
CASE NUMBER:  *6:16-CR-056-S-GFVT-01

# *IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

### *ONE HUNDRED EIGHTY-EIGHT (188) MONTHS.

*Pursuant to U.S.S.G. §5G1.13(b), the sentence is adjusted downward to One Hundred Forty-Two (142) Months, the defendant served as to the related undischarged state term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, and for which the period of imprisonment will not be credited by the Bureau of Prisons.*

☒    The court makes the following recommendations to the Bureau of Prisons:

     That the defendant participate in the 500-Hour RDAP Program.
     That the defendant participate in a job skills and/or vocational training program.
     That the defendant shall participate in a program towards the completion of a GED.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

    ☐  as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/11) Judgment in a Criminal Case

Case 6:16-cr-00056-GFVT-HAI   Doc #: 293   Filed: 09/19/18   Page: 1 of 7 - Page ID#: 809
Case 1:23-cv-00176-EPG      Document 1      Filed 02/06/23      Page 21 of 24

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Southern Division at London

FILED
SEP 19 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| Michael Shane McCormick, Jr. | ) | Case Number:   6:16-CR-56-S-GFVT-01 |
| | ) | USM Number:   21361-032 |
| | ) | |
| | ) | Robert L. Abell |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 [DE #1]

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance | 11/30/2016 | 1 |

    The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   2 [DE #1] and   ☐ is   ☒ are   dismissed on the motion of the United States.
         Superseding Indictment [DE #91]

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 18, 2018
Date of Imposition of Judgment

Signature of Judge

Honorable Gregory F. Van Tatenhove, U.S. District Judge
Name and Title of Judge

9-19-2018
Date

DEFENDANT:        Michael Shane McCormick, Jr.
CASE NUMBER:      6:16-CR-56-S-GFVT-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

## ONE HUNDRED EIGHTY-EIGHT (188) MONTHS

**Pursuant to U.S.S.G. §5G1.3(b), the sentence is adjusted downward to One Hundred Sixty-Five (165) Months and Fifteen (15) Days to account for the time (675 days) the defendant has served as to the related undischarged state term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, and for which the period of imprisonment as to the related state matter will not be credited by the Bureau of Prisons. Additionally, the federal sentence shall run concurrently with the remainder of the related undischarged term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, which the Court estimates to be 693 days. The federal sentence shall run consecutively to the undischarged term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-345.**

☒    The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant participate in the 500-Hour RDAP Program.
It is recommended that the defendant participate in a job skills and/or vocational training program.
The defendant shall participate in a program towards the completion of a GED.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____    ☐ a.m.   ☐ p.m.    on _____.

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____.

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____                         to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____

_____
DEPUTY UNITED STATES MARSHAL

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | 188 MONTHS IMPRISONMENT; Pursuant to U.S.S.G. 5Gl.3(b), the sentence is adjusted downward to One (165) Months and (15) Days to account for the time (675 days) the defendant has served as to the related undischarged state term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, and for which the period of imprisonment as to the related state matter will not be credited by the Bureau of Prisons. Additionally, the federal sentence shall run concurrently with the remainder of the related undischarged term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, which the Court estimates to be 693 days. The federal sentence shall run consecutively to the undischarged term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-345. |
| 21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (1s) | DISMISSED ON MOTION OF THE UNITED STATES |
| 18:922(g)(1) POSSESSION OF A FIREARM OR AMMUNITION BY A CONVICTED FELON (2) | DISMISSED ON MOTION OF THE UNITED STATES |
| 18:922(g)(1) POSSESSION OF A FIREARM BY A CONVICTED FELON (2s) | DISMISSED ON MOTION OF THE UNITED STATES |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |

| 12/07/2021 | 478 | RESPONSE to 476 , 474 by Michael Shane McCormick, Jr (Abell, Robert) (Entered: 12/07/2021) |
|---|---|---|
| 12/08/2021 | | *** FILE SUBMITTED TO CHAMBERS OF Gregory F. Van Tatenhove to review: re 478 RESPONSE filed as to Michael Shane McCormick, Jr (KJA) (Entered: 12/08/2021) |
| 12/13/2021 | 479 | ORDER as to Michael Shane McCormick, Jr.: 1. Mr. McCormicks sentence shall be **AMENDED** as follows:The defendant is hereby committed to the custody of the Federal Bureau ofPrisons to be imprisoned for a total term of:ONE HUNDRED EIGHTY-EIGHT (188) MONTHS. Pursuant to U.S.S.G. §5G1.13(b), the sentence is adjusted downward to One Hundred Forty-Two (142)Months, the defendant served as to the related undischarged state term ofimprisonment in Laurel Circuit, Dkt. Number 16-CR-101, and for which the periodof imprisonment will not be credited by the Bureau of Prisons.2. Judgment shall be entered accordingly. Signed by Judge Gregory F. VanTatenhove on 12/13/21. (SYD)cc: COR,USM,USPand Michael Shane McCormick, Jr. by US Mail (Entered: 12/13/2021) |
| 12/27/2021 | | CJA Appointment of Attorney for Michael Shane McCormick, Jr. The Clerk ENTERED the representation and appointment in the eVoucher system for Robert L. Abell. (KJA) (Entered: 12/27/2021) |
| 01/03/2022 | 483 | AMENDED JUDGMENT as to Michael Shane McCormick, Jr. (1), Count(s) 1, 188 MONTHS IMPRISONMENT; Pursuant to U.S.S.G. 5Gl.3(b), the sentence is adjusted downward to One (165) Months and (15) Days to account for the time (675 days) the defendant has served as to the related undischarged state term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, and for which the period of imprisonment as to the related state matter will not be credited by the Bureau of Prisons. Additionally, the federal sentence shall run concurrently with the remainder of the related undischarged term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-101, which the Court estimates to be 693 days. The federal sentence shall run consecutively to the undischarged term of imprisonment in Laurel Circuit, Dkt. Number 16-CR-345. Court recommends to BOP that dft participate in RDAP; job skills and/or vocational training; participate in a program towards completion of a GED. Signed by Judge Gregory F. VanTatenhove on 01/03/2022. (KJA)cc: COR,USM,USP, Michael Shane McCormick, Jr. via US Mail Modified signature date on 1/4/2022 (KJA). (Entered: 01/04/2022) |
| 01/03/2022 | | NOTICE OF DOCKET MODIFICATION TO ALL COUNSEL OF RECORD re 483 Amended Judgment; Error: incorrect Judge signature date entered; Entry by docket clerk; Correction: modified signature date from 1/3/2021 to 1/3/2022; no further action required cc: COR (KJA) (Entered: 01/04/2022) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/04/2022 12:35:48 | | |
| **PACER Login:** | robertabelllaw | **Client Code:** | |
| **Description:** | Docket Report | **Search** | 6:16-cr-00056- |