UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCORMICK, JR.,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN, USP-ATWATER,<br><br>　　　　　Respondent. | CASE NO. 1:23-CV-00176-EPG (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF NO. 11) |

On May 19, 2022, Respondent requested an extension of time to file its response to Petitioner's 2241 petition because additional documents from the court of conviction have yet to be received. (ECF No. 11.)

IT IS HEREBY ORDERED that Respondent's request until June 20, 2023, to file its response is GRANTED.

IT IS SO ORDERED.

Dated: **May 22, 2023**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE