# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCORMICK,<br><br>  Petitioner,<br><br>  v.<br><br>TRATE,<br><br>  Respondent. | Case No. 1:23-cv-00176-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF MOTION TO DISMISS<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner Michael McCormick is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 20, 2023, Respondent filed a motion to dismiss the petition. (ECF No. 13.) On August 14, 2023, the Court received a letter from Petitioner indicating that he never received the motion to dismiss. (ECF No. 14.)

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 13);

2. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and

///
///
///

1

3. Any reply to an opposition to the motion to dismiss shall be filed within fourteen (14) days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated: __**August 16, 2023**__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2